UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-364 (RHK/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AUTHORIZING |
| | ) | INTERLOCUTORY SALE |
| (1) THOMAS JOSEPH PETTERS, | ) | OF PROPERTY |
| | ) | |
| Defendant. | ) | |

Based upon the joint motion of the Plaintiff, United States of America, Douglas A. Kelley, as court-appointed Receiver for defendant Thomas Joseph Petters, and Crown Bank, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Joint Motion for Interlocutory Sale of Property is granted.

2. The following property will be sold pursuant to the terms set forth in the Joint Motion For Interlocutory Sale of Property:

> the real property located at 15823 50th Avenue North, Plymouth, Minnesota, and legally described as Lot 9, Block 10, Seven Greens

3. The net proceeds from the sale of the property will be substituted for the above-described property and held by the United States Marshals Service pending a final order of forfeiture as to the property pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c).

Dated: November 17, 2011          s/Richard H. Kyle
                                  RICHARD H. KYLE, Judge
                                  United States District Court