# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                        Plaintiff,        Crim. No. 08-364 (RHK/AJB)
                                                **ORDER**

v.

Thomas Joseph Petters,

                        Defendant.

This matter is before the Court on the *pro se* Motion for Darren Keys to be Heard and for the Return of Property (Doc. No. 509). The Motion asserts that Defendant Thomas Petters used proceeds from the fraud in this case to purchase 100,000 copies of Keys's book, which were purportedly seized by the Government but a copy of which Petters allegedly still maintains "in his jail cell." Keys further alleges that the book "contains privacy information including social security numbers and bank account statements on the victims in this case, which puts [them] in imminent danger." It is unclear precisely what relief Keys seeks in the Motion.

Keys recently filed a similar Motion in another high-profile criminal case pending in the Eastern District of Virginia (<u>United States v. Salad</u>, Crim. No. 2:11-CR-34). As in <u>Salad</u>, the Court finds Keys's allegations to be "fantastic." The Motion appears to be little more than a thinly veiled publicity stunt. As such, it is **DENIED**.

Dated: February 1, 2012                                    s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                   United States District Judge