**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

                Plaintiff,        Crim. No. 08-364 (RHK)
                                            **ORDER**

v.

Thomas Joseph Petters*,*

                Defendant.

---

Petitioner Crown Bank ("Crown") has filed several Verified Petitions (Doc. Nos. 502 through 506) in this matter, seeking an adjudication of its interests in certain property ordered forfeited under the Court's March 26, 2010 Preliminary Order of Forfeiture (Doc. No. 395). On February 17, 2012, the Government filed a Motion to Dismiss (Doc. No. 522) three of Crown's Verified Petitions, namely, those concerning certain real property formerly owned by Defendant Petters (Doc. Nos. 503, 505, and 506). Accordingly, **IT IS ORDERED** (1) Crown shall serve and file a memorandum in opposition to the Motion to Dismiss on or before March 9, 2012, and (2) the Government may serve and file a reply memorandum in support of the Motion, if any, on or before March 23, 2012.

After the foregoing documents have been filed, the Court will advise the parties whether it intends to hold a hearing on the Motion or, rather, whether it will decide the Motion on the papers submitted.

Dated: February 17, 2012                    s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge