# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

       Plaintiff,

            Crim. No. 08-364 (RHK)
            **ORDER**

v.

Thomas Joseph Petters,

       Defendant.

---

   **IT IS ORDERED** that the Stipulation between the Government and Petitioner

Crown Bank regarding the deadlines for discovery and dispositive Motions (Doc. No. 534)

is **APPROVED**.


Dated: May 8, 2012      s/Richard H. Kyle_____
            RICHARD H. KYLE
            United States District Judge