# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-364 (1) (RHK/AJB) |
| Plaintiff, | **ORDER ALLOWING NORTH STAR BANK TO BE SUBSTITUTED IN PLACE OF CROWN BANK FOR VERIFIED PETITION FILED AS DOCUMENT NUMBER 504** |
| v. | |
| Thomas Joseph Petters, | |
| Defendant. | |

The Court, having reviewed the Stipulation Agreeing to Substitution of Party submitted by the parties, **IT IS ORDERED** that North Star Bank shall be substituted in place of Crown Bank as Petitioner solely for purposes of the Verified Petition filed as Document No. 504.

Dated: August 8, 2012

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge