# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

                Plaintiff,

                                  Crim. No. 08-364 (RHK)
                                  **ORDER**

v.

Thomas Joseph Petters,

                Defendant.

---

      **IT IS ORDERED** that the Stipulation between the Government and Petitioner Crown Bank to extend the deadlines for discovery and dispositive motions (Doc. No. 541) is **APPROVED**.

Dated: August 21, 2012                    s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge